IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRENDA KAYE SEAMSTER CARR, | ) ) ) | 4:10CV00025 |
| Claimant, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the Magistrate Judge regarding the cross Motions for Summary Judgment filed by the Commissioner of Social Security and the Claimant, Brenda Carr. Rep. and Recommendation, Mar. 7, 2011, ECF No. 25; Claimant's Mot. for Summ. J., Nov. 19, 2010, ECF No. 14; Def.'s Mot. for Summ. J., Jan. 19, 2011, ECF No. 21. In addition, the Claimant filed a Response to the Commissioner's motion. Resp., Feb. 3, 2011, ECF No. 24. The Magistrate Judge rendered his Report and Recommendation on March 7th, 2011. The Claimant timely objected on March 18th, 2011. Objection, Mar. 18, 2011, ECF No. 26. For the reasons explained in the accompanying Memorandum Opinion, the Court **OVERRULES** the Claimant's Objection, **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** the Commissioner's Motion for Summary Judgment, **AFFIRMS** the Commissioner's final decision, and **DISMISSES** this case from the docket.

ENTERED this 11th day of May, 2011.

s/Jackson L. Kiser
Senior United States District Judge